| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Fifth Third Bank | Order Filed on April 26, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>James A. Etue,<br><br>Debtor. | Case No.: 17-14220-CMG<br>Adv. No.:<br>Hearing Date: 5/3/2017 @ 10:00 a.m.<br>Judge: Christine M. Gravelle |

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 26, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:         James A. Etue
Case No.:       17-14220-CMG
Caption:        **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Fifth Third Bank, holder of a lien on a vehicle identified as 2015 Toyota Corolla, VIN 2T1BURHE6FC232344, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Steven Taieb, Esquire, attorney for Debtor, James A. Etue, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor (Claim # 4) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 17-14220-CMG
James A Etue    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 26, 2017
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
db    +James A Etue,    85 Pocahontas Trail,    Medford Lakes, NJ 08055-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
      Albert   Russo   docs@russotrustee.com
      Andrew M. Lubin    on behalf of Creditor    WELLS FARGO BANK, N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com
      Brian C. Nicholas    on behalf of Creditor    FIFTH THIRD BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    FIFTH THIRD BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com, tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com
      Steven N. Taieb    on behalf of Debtor James A Etue staieb@comcast.net
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
      TOTAL: 7