| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin  Atty. ID: AL 0814<br>1 East Stow Road<br>Marlton, New Jersey 08053<br>(856) 482-1400<br>File No. 221771-2<br>Attorneys for Secured Creditor: Wells Fargo Bank, N.A. | Order Filed on August 2, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>James A. Etue | Case No.: 17-14220-CMG<br> Chapter 13<br><br>Hearing Date: August 2, 2017<br>Time:  10:00 a.m<br><br>Judge: Christine M. Gravelle |

### CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, WELLS FARGO BANK, N.A., TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: August 2, 2017

_Christine M. Gravelle_

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page **(2)**
Debtor: **James A. Etue**
Case No.: **17-14220-CMG**
Caption of Order:  **CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, WELLS FARGO
BANK, N.A., TO CONFIRMATION OF CHAPTER 13 PLAN**

THIS MATTER having been opened before the Court by Steven N. Taieb, Esquire, counsel for the Debtor, James A. Etue, upon the filing of a Chapter 13 petition and plan and Secured Creditor, Wells Fargo Bank, N.A., by its attorneys, Milstead & Associates, having filed an objection to the confirmation of the plan, and the parties having resolved their differences and having consented to the entry of this Order, and for good cause shown, it is

**ORDERED AS FOLLOWS:**

1.      The Debtor's Chapter 13 plan is hereby amended to allow $1,831.76 to be paid to Wells Fargo Bank, N.A., representing Secured Creditor's pre-petition mortgage arrears claim, as more fully reflected on the Secured Creditor's Proof of Claim filed on May 19, 2017, at Claim No. 5-1.

2.      Debtors' consent to entry of the within order does not waive their right to object to the said Proof of Claim pursuant to D.N.J. Local Bankruptcy Rule 3007-1(b).

3.      The objection of Secured Creditor, Wells Fargo Bank, N.A., to confirmation of Debtor's Chapter 13 Plan is hereby withdrawn.

4.      This Order shall be incorporated in and become a part of any Order Confirming Plan in the instant bankruptcy case.

CONSENT TO THE FORM AND ENTRY OF THE ABOVE ORDER IS HEREBY GIVEN:


/s/Andrew M. Lubin                                          /s/ Steven N. Taieb

_____          _____
Andrew M. Lubin, Esquire                              Steven N. Taieb, Esquire
Milstead & Associates, LLC                            Law Offices of Steven N. Taieb
Attorney for Secured Creditor                        Attorney for Debtors