| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin  Atty. ID: AL 0814<br>1 East Stow Road<br>Marlton, New Jersey 08053<br>(856) 482-1400<br>File No. 221771-2<br>Attorneys for Secured Creditor: Wells Fargo Bank, N.A. |
| In Re:<br><br>James A. Etue |

Order Filed on August 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-14220-CMG
 Chapter 13

Hearing Date: August 2, 2017
Time:  10:00 a.m

Judge: Christine M. Gravelle

**CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, WELLS FARGO BANK, N.A., TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 2, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page **(2)**
Debtor: **James A. Etue**
Case No.: **17-14220-CMG**
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION OF SECURED CREDITOR, WELLS FARGO BANK, N.A., TO CONFIRMATION OF CHAPTER 13 PLAN**

___

THIS MATTER having been opened before the Court by Steven N. Taieb, Esquire, counsel for the Debtor, James A. Etue, upon the filing of a Chapter 13 petition and plan and Secured Creditor, Wells Fargo Bank, N.A., by its attorneys, Milstead & Associates, having filed an objection to the confirmation of the plan, and the parties having resolved their differences and having consented to the entry of this Order, and for good cause shown, it is

**ORDERED AS FOLLOWS:**

1. The Debtor's Chapter 13 plan is hereby amended to allow $1,831.76 to be paid to Wells Fargo Bank, N.A., representing Secured Creditor's pre-petition mortgage arrears claim, as more fully reflected on the Secured Creditor's Proof of Claim filed on May 19, 2017, at Claim No. 5-1.

2. Debtors' consent to entry of the within order does not waive their right to object to the said Proof of Claim pursuant to D.N.J. Local Bankruptcy Rule 3007-1(b).

3. The objection of Secured Creditor, Wells Fargo Bank, N.A., to confirmation of Debtor's Chapter 13 Plan is hereby withdrawn.

4. This Order shall be incorporated in and become a part of any Order Confirming Plan in the instant bankruptcy case.

CONSENT TO THE FORM AND ENTRY OF THE ABOVE ORDER IS HEREBY GIVEN:

/s/Andrew M. Lubin                                              /s/ Steven N. Taieb
_____                    _____
Andrew M. Lubin, Esquire                                      Steven N. Taieb, Esquire
Milstead & Associates, LLC                                    Law Offices of Steven N. Taieb
Attorney for Secured Creditor                                 Attorney for Debtors

United States Bankruptcy Court
District of New Jersey

In re:
James A Etue
    Debtor

Case No. 17-14220-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 02, 2017
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2017.
db            +James A Etue,    85 Pocahontas Trail,    Medford Lakes, NJ 08055-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2017 at the address(es) listed below:
            Albert    Russo     docs@russotrustee.com
            Andrew M. Lubin     on behalf of Creditor     WELLS FARGO BANK, N.A. bkecf@milsteadlaw.com,
            alubin@milsteadlaw.com
            Brian C. Nicholas     on behalf of Creditor     FIFTH THIRD BANK bnicholas@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            Denise E. Carlon     on behalf of Creditor     FIFTH THIRD BANK dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            Michael E. Blaine     on behalf of Creditor     TD Auto Finance LLC mblaine@schillerknapp.com,
            tshariff@schillerknapp.com;kcollins@schillerknapp.com
            Steven N. Taieb     on behalf of Debtor James A Etue staieb@comcast.net
            U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                               TOTAL: 7