UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN N. TAIEB, ESQ.
by __Steven N. Taieb, Esq.__
Steven N. Taieb, ST 8001
1155 Route 73, Suite 11
Mt. Laurel, NJ 08054
856-235-4994
Attorney for Debtor

Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JAMES A. ETUE

| | |
|---|---|
| Case No.: | 17-14220 |
| Hearing Date: | 2/21/18 |
| Judge: | CMG |
| Chapter: | 13 |

Recommended Local Form:  ☐ Followed   ☒ Modified

# ORDER VACATING STAY
## TO ALLOW CONTINUATION OF DIVORCE PROCEEDINGS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 22, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor:  James A. Etue
Case No.: 17-14220
Caption of Order: Order Vacating Automatic Stay to Allow Continuation of Divorce Proceeding

Upon consideration of the movant's motion/application for an order vacating the automatic stay to allow the continuation of divorce proceedings filed in the Chancery Court of Jefferson County, Mississippi, and good cause appearing therefore, it is hereby **ORDERED** as follows:

1. The automatic stay of Bankruptcy Code 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the courts of appropriate jurisdiction of the divorce proceeding filed under James A. Etue v. Bobbi V. Etue, Chancery Court, Jefferson County, Cause number: 2015-131.

2. Movant shall serve this Order on the debtor, the debtor's attorney, any trustee or other party who entered an appearance in this matter.