UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN N. TAIEB, ESQ.
by __Steven N. Taieb, Esq.__
Steven N. Taieb, ST 8001
1155 Route 73, Suite 11
Mt. Laurel, NJ 08054
856-235-4994
Attorney for Debtor

**Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:  JAMES A. ETUE | Case No.: 17-14220 |
| | Hearing Date: 2/21/18 |
| | Judge: CMG |
| | Chapter: 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER VACATING STAY
## TO ALLOW CONTINUATION OF DIVORCE PROCEEDINGS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 22, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page 2**
Debtor:  James A. Etue
Case No.: 17-14220
Caption of Order: Order Vacating Automatic Stay to Allow Continuation of Divorce Proceeding

Upon consideration of the movant's motion/application for an order vacating the automatic stay to allow the continuation of divorce proceedings filed in the Chancery Court of Jefferson County, Mississippi, and good cause appearing therefore, it is hereby **ORDERED** as follows:

1. The automatic stay of Bankruptcy Code 362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the courts of appropriate jurisdiction of the divorce proceeding filed under James A. Etue v. Bobbi V. Etue, Chancery Court, Jefferson County, Cause number: 2015-131.

2. Movant shall serve this Order on the debtor, the debtor's attorney, any trustee or other party who entered an appearance in this matter.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-14220-CMG
James A Etue                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 22, 2018
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.
db          +James A Etue,   85 Pocahontas Trail,   Medford Lakes, NJ 08055-1626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2018 at the address(es) listed below:
         Albert   Russo   docs@russotrustee.com
         Andrew M. Lubin   on behalf of Creditor   WELLS FARGO BANK, N.A. bkecf@milsteadlaw.com,
          alubin@milsteadlaw.com
         Brian C. Nicholas   on behalf of Creditor   FIFTH THIRD BANK bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon   on behalf of Creditor   FIFTH THIRD BANK dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Michael E. Blaine   on behalf of Creditor   TD Auto Finance LLC mblaine@schillerknapp.com,
          tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
         Steven N. Taieb   on behalf of Debtor James A Etue staieb@comcast.net
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
     TOTAL: 7