UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: James A. Etue

Case No.: 17-14220
Chapter: 13
Judge: CMG

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, James A. Etue, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☑ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/21/22

/s/James A. Etue
Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

*rev.8/1/18*